01
02
03
04
05
06
07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ROBIN JERMYN, | ) | CASE NO. C06-0542-RSL-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER STRIKING DEFENDANT'S |
| | ) | MOTION FOR REMAND |
| JO ANNE B. BARNHART, Commissioner of Social Security | ) ) ) | |
| Defendant. | ) ) | |

Defendant has filed a Motion for Remand (Dkt. 14) and noted it on the court's motions calendar for September 29, 2006. The briefing scheduling order (Dkt. 10) sets out a time frame for briefing from both parties, and in particular directs defendant to file a responsive brief in lieu of a dispositive motion. In order to maintain the schedule already established by the court, defendant's Motion for Summary Judgment will be considered by the court as an answering brief requesting remand instead of a separate summary judgment motion, and the court hereby STRIKES the noting date contained within the caption of defendant's Motion. Plaintiff's optional reply brief is still due no later than September 25, 2006. Within the reply brief, plaintiff should

ORDER STRIKING DEFENDANT'S
MOTION FOR REMAND
PAGE -1

01  indicate whether he agrees with the Commissioner's request for remand.

02  DATED this 12th day of September, 2006.

Mary Alice Theiler
United States Magistrate Judge

ORDER STRIKING DEFENDANT'S
MOTION FOR REMAND
PAGE -2