UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBIN JERMYN,

    Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

CASE NO. C06-542-RSL

ORDER GRANTING PLAINTIFF'S MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES

    Plaintiff filed a motion for fees under the Equal Access to Justice Act. (Dkt. 21.) Plaintiff seeks $6,533.63 in attorney's fees and $41.82 in expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs in the amount of $60.25 pursuant to 28 U.S.C. § 1920. Defendant does not object to plaintiff's motion. (Dkt. 23.) Having considered the motion and the accompanying documents, the Court finds plaintiff's request reasonable.

    It is therefore ORDERED:

    (1) Plaintiff's Motion for Equal Access to Justice Act Fees is GRANTED. Plaintiff's counsel is hereby awarded the attorney's fees, costs, and expenses requested.

/ / /

/ / /

ORDER – 1

1  (2) The Clerk shall send copies of this Order to the parties and to the Hon. Mary Alice Theiler.

2  DATED this 4th day of January, 2007.

                                                                       */s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Recommended for entry this
3rd day of January, 2007

S/MARY ALICE THEILER
Mary Alice Theiler
United States Magistrate Judge

ORDER – 2